WINNIE WRIGHT, WINNIE MITCHELL, LORENE PIEARCY AND VELDA HAYNES, APPELLANTS, v. SILVER STATE CONSTRUCTION COMPANY, A PARTNERSHIP, AND A. D. DRUMM, JR., AND DONNA ANDREA DRUMM, INDIVIDUALLY, AND AS PARTNERS ASSOCIATED IN BUSINESS UNDER THE COMMON NAME AND STYLE OF SILVER STATE CONSTRUCTION COMPANY, HUSTON D. MILLS, AND THE STATE OF NEVADA, ON RELATION OF ITS DEPARTMENT OF HIGHWAYS, RESPONDENTS.

No. 4725

March 11, 1964                    390 P.2d 36

*Breen, McDonald and Young,* of Reno, for Appellants.

*Vargas, Dillon, Bartlett & Dixon,* of Reno, for Respondents Silver State Construction Company, A. D. Drumm, Jr., and Donna Andrea Drumm.

*Harvey Dickerson,* Attorney General, *Robert J. Potter,* and *Eli Grubic,* Special Deputy Attorneys General, for Respondents State of Nevada, and Huston D. Mills.

## OPINION

*Per Curiam:*

This is a companion case to Welch, et al., Appellants, v. State of Nevada, et al., Respondents, No. 4726, 80 Nev.

128, 390 P.2d 35, decided this date. It grows out of the same accident and presents exactly the same questions of law.

On the authority of Welch, the motion of the State of Nevada and Huston D. Mills to dismiss the appeal as to them is granted.

THOMPSON, J., did not participate in the consideration or determination of this case.